~~SEALED~~

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2014
AUGUST 25, 2015 SESSION



FILED
AUG 25 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:15-cr-00169
     18 U.S.C. § 922(d)(1)
     18 U.S.C. § 924(a)(2)

BOBBY D. BLANKENSHIP

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about March 1, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant BOBBY D. BLANKENSHIP knowingly sold and otherwise disposed of a firearm, that is, a Ruger 9mm pistol, to an individual known to the Grand Jury, knowing and having reasonable cause to believe that this individual had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

**COUNT TWO**

On or about September 1, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant BOBBY D. BLANKENSHIP knowingly sold and otherwise disposed of a firearm, that is, a Glock 10mm pistol, to an individual known to the Grand Jury, knowing and having reasonable cause to believe that this individual had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

COUNT THREE

On or about September 7, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant BOBBY D. BLANKENSHIP knowingly sold and otherwise disposed of the following firearms:

- one Panther Arms DPMS .223 caliber rifle,
- one Rossi .410 gauge shotgun,
- one Ruger 9mm pistol, and
- one Remington 12 gauge shotgun

to an individual known to the Grand Jury, knowing and having reasonable cause to believe that this individual had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).


R. BOOTH GOODWIN II
United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney